UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                                           :

BRANDON LEE, P/K/A "DON LEE," *an individual*; and :
GLEN KEITH DEMERITT III, *an individual*,       :

                                         :

            Plaintiffs,       :

                                         :

         -v-              :

                                         :

MONTERO LAMAR HILL P/K/A "LIL' NAS X," *an
individual*; BELCALIS MARLENIS ALMÁNZAR
P/K/A "CARDI B," *an individual*; DAVID CHARLES
MARSHALL BIRAL, P/K/A "TAKE A DAYTRIP," *an
individual*; DENZEL MICHAEL-AKIL BAPTISTE,
P/K/A "TAKE A DAYTRIP," *an individual*; ROSARIO
PETER LENZO IV, *an individual*; KLENORD
RAPHAEL, *an individual*; RUSSELL JAMES CHELL
JR., *an individual*; ALEX FACIO, *an individual*;
UNXQUE, *an individual*; SONY MUSIC
ENTERTAINMENT, *individually, and doing business as*
"COLUMBIA RECORDS"; SONY MUSIC HOLDINGS,
INC.; SONGS OF UNIVERSAL, INC.; and DOES 1-10,

           Defendants.

------------------------------------------------------------------------X

19-CV-9220 (JMF)

REVISED SCHEDULING
ORDER

JESSE M. FURMAN, United States District Judge:

IT IS HEREBY ORDERED that the conference in this matter, previously scheduled for

December 17, 2019, at 4:15 p.m. is RESCHEDULED for **March 3, 2020, at 3:30 p.m.** in

Courtroom 1105 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

The parties are reminded that, in accordance with the Notice of Initial Pretrial Conference (ECF

No. 5), they must file on ECF no later than Thursday, February 27, 2020, a joint status letter and

proposed case management plan.

The Clerk of Court is directed to terminate ECF No. 30.

SO ORDERED.

Dated: December 9, 2019
New York, New York

JESSE M. FURMAN
United States District Judge