UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
BRANDON LEE and GLEN KEITH DEMERITT, III,  :
:
                    Plaintiffs,  :
:    19-CV-9220 (JPC)
     -v-  :
:    ORDER
MONTERO LAMAR HILL *et al.*,  :
:
                    Defendants.  :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The status conference scheduled for January 5, 2021 at 3:00 p.m. is adjourned *sine die*. By January 5, 2021, the parties shall submit a joint letter updating the Court on the status of mediation and settlement efforts. This letter shall also indicate whether both sides intend to move for summary judgment and, if so, shall propose a modified briefing schedule, pursuant to the Court's order dated May 18, 2020. *See* Dkt. 58.

      SO ORDERED.

Dated: December 28, 2020
       New York, New York

                                             JOHN P. CRONAN
                                      United States District Judge